JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hernando Alberto Heredia,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America *ex rel.* United States Postal Service,<br><br>　　　　Defendants. | Case No. 2:22-cv-01846-RFB-DJA<br><br>**Stipulation to Extend Discovery Plan and Scheduling Order**<br><br>**(Second Request)** |

　　　　The parties stipulate to extend the remaining deadlines in the Stipulated Discovery Plan and Scheduling Order by 60 days.  This is the second request to extend the Stipulated Discovery Plan and Scheduling Order.  This extension is requested because the United States recently received all subpoenaed records and needs additional time to provide supplemental disclosures and expert reports to Plaintiff.

**I.　　Discovery Completed**

　　　　The parties have exchanged written discovery in the form of interrogatories and requests for production of documents.  The parties have taken depositions of the Plaintiff and the government driver.  The United States has subpoenaed 16 medical providers.  The United States has received records and imaging from all providers.  The United States has made a supplemental disclosure of subpoenaed records it received.  Plaintiff has served an expert disclosure.

///

## II. Discovery Remaining

The United States need to exchange expert reports. The United States needs to provide an additional supplemental disclosure of the documents it has received through subpoenas.

## III. Why Discovery Has Not Been Completed

One of the providers that had not produced documents was discovered later in discovery, and United States was following up with the provider for those records and ultimately received them. In addition, the United States needed to follow up with some of the providers for medical imaging that its expert requested, and the United States recently received all of the imaging that it requested. With the impending holidays and potential work-related travel for the United States' counsel the week that expert disclosures are due, the United States needs additional time to consult with its expert about the imaging and produce a supplemental disclosure and expert reports.

## IV. Proposed Deadlines

Close of Discovery: March 30, 2024 (from January 30, 2024)

Initial Expert Disclosures: January 30, 2024 (from December 1, 2023)

Rebuttal Expert Disclosures: March 2, 2024 (from January 2, 2024)

Dispositive Motions: May 1, 2024 (from March 2, 2024)

Joint Pre-Trial Order: May 31, 2024 (from April 1, 2024)

///
///
///
///
///
///
///
///
///

Respectfully submitted this 9th day of November 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | HICKS & BRASIER, PLLC |
| */s/ Stephen R. Hanson II*<br>STEPHEN R. HANSON II<br>Assistant United States Attorney | */s/ Betsy C. Jefferis-Aguilar*<br>BETSY C. JEFFERIS-AGUILAR<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11/14/2023

3