JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
STEPHEN R. HANSON II
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hernando Alberto Heredia,<br><br>    Plaintiff,<br><br>v.<br><br>United States of America *ex rel.* United States Postal Service,<br><br>    Defendants. | Case No. 2:22-cv-01846-RFB-DJA<br><br>**Stipulation to Extend Discovery Plan and Scheduling Order**<br><br>**(Third Request)** |

The parties stipulate to extend the remaining deadlines in the Stipulated Discovery Plan and Scheduling Order by 30 days. This is the third request to extend the Stipulated Discovery Plan and Scheduling Order. This extension is requested because the United States needs additional time to finalize expert reports to Plaintiff.

I.  **Discovery Completed**

The parties have exchanged written discovery in the form of interrogatories and requests for production of documents. The parties have taken depositions of the Plaintiff and the government driver. The United States has subpoenaed 16 medical providers. The United States has received records and imaging from all providers. The United States has made two supplemental disclosures of subpoenaed records it received. Plaintiff has served an expert disclosure.

///

///

## II. Discovery Remaining

The United States needs to exchange expert reports. The parties may need to take expert depositions.

## III. Why Discovery Has Not Been Completed

The United States recently served its supplemental disclosure with subpoenaed documents from medical providers. The United States needs a short extension of time to consult with its experts and finalize expert reports.

## IV. Proposed Deadlines

Close of Discovery: April 29, 2024 (from March 30, 2024)

Initial Expert Disclosures: February 29, 2024 (from January 30, 2024)

Rebuttal Expert Disclosures: April 1, 2024 (from March 2, 2024)

Dispositive Motions: May 31, 2024 (from May 1, 2024)

Joint Pre-Trial Order: June 30, 2024 (from May 31, 2024)

Respectfully submitted this 9th day of January 2024.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | HICKS & BRASIER, PLLC |
| /s/ Stephen R. Hanson II<br>STEPHEN R. HANSON II<br>Assistant United States Attorney | /s/ Betsy C. Jefferis-Aguilar<br>BETSY C. JEFFERIS-AGUILAR<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1/10/2024