SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hernando Alberto Heredia,<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America *ex rel*. United States Postal Service,<br><br>        Defendants. | Case No. 2:22-cv-01846-RFB-DJA<br><br>**Stipulation to Extend Joint Pretrial Order Deadline**<br><br>**(Second Request)** |

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), as well as LR IA 6-1, LR 26-3, Plaintiff Hernando Alberto Heredia ("Plaintiff") and Defendant United States of America ("United States"), on behalf of the United States Postal Service ("USPS"), by and through their undersigned counsel, hereby request the Court extend the deadline to file a proposed joint pretrial order by 60 days from January 24, 2025 to **March 24, 2025**. The current deadline to file a joint pretrial order is January 24, 2025. ECF No. 32. On January 23, 2025, Plaintiff's counsel reached out to the undersigned regarding participating in a settlement conference before a magistrate judge to try to resolve this case prior to filing a joint pre-trial and starting trial preparation. Although the undersigned is not opposed to a settlement conference in this case, the undersigned informed counsel that she needs to communicate counsel's request for a settlement conference to the United States Postal Service. Considering both counsel workload schedules and the parties attempt to get this case resolved prior to trial, the parties respectfully request the Court grant their stipulation to

extend the joint pretrial order deadline to **March 24, 2025**. The parties will submit a separate stipulation and order for a settlement conference before a magistrate judge. If this case does not settle, the parties agree to provide a joint pretrial order within 14 days of the conclusion of the settlement conference. This is the second request to extend the deadline to file a proposed joint pretrial order. This request for an extension is made in good faith and not for the purpose of causing undue delay and prejudice.

Respectfully submitted this 23rd day of January 2025.

SUE FAHAMI  
Acting United States Attorney                    HICKS & BRASIER, PLL

 /s/ *Virginia T. Tomova*                         /s/  *Betsy C. Jefferis-Aguilar*  
VIRGINIA T. TOMOVA                                BETSY C. JEFFERIS-AGUILAR  
Assistant United States Attorney                  Attorney for Plaintiff

**IT IS SO ORDERED:**



_____  
**RICHARD F. BOULWARE, II**  
**UNITED STATES DISTRICT  JUDGE**

**DATED:** January 24, 2025