TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Hernando Alberto Heredia,<br><br>　　　　Plaintiff,<br>　v.<br><br>United States of America *ex rel.* United States Postal Service.<br><br>　　　　Defendants. | Case No. 2:22-cv-01846-RFB-DJA<br><br>**Stipulation and Order to Reschedule Settlement Conference and All Corresponding Deadlines**<br><br>**(First Request)** |

　　　　Plaintiff Hernando Alberto Heredia and Defendant United States of America, by and through their respective counsel of record, stipulate and respectfully request that the Court reschedule the settlement conference currently scheduled for December 22, 2025, at 10:00 am before Magistrate Judge Albregts. ECF No. 39. The parties, through undersigned counsel, respectfully request that the settlement conference be rescheduled to one of the following dates: February 10, 2026; February 13, 2026; February 17, 2026; February 18, 2026; or February 19, 2026.

　　　　This rescheduling is necessary because the 43-day lapse of government appropriations and corresponding government wide furloughs, which were circumstances outside of the parties' control, coupled with the upcoming holiday season and all accompanying leave conflicts, have disrupted the ability of undersigned counsel for the United States to obtain settlement authority. The parties anticipate this requested extension

will be sufficient to obtain the requisite settlement authority. Such extension is also in line with the automatic continuance outlined in General Order 2025-07.

This is the first request to reschedule the settlement conference. This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 24th day of November 2025.

| HICKS & BRASIER, PLLC | SIGAL CHATTAH |
|---|---|
| | First Assistant U.S. Attorney |
| /s/ Christian A. Miles | |
| CHRISTIAN A. MILES, ESQ. | /s/ Virginia T. Tomova |
| Nevada Bar No. 13193 | VIRGINIA T. TOMOVA |
| 2630 S. Jones Blvd. | Assistant United States Attorney |
| Las Vegas, Nevada 89146 | |
| | Attorneys for the United States |
| Attorneys for Plaintiff | |

**IT IS SO ORDERED.** The settlement conference scheduled for December 22, 2025 is **VACATED** and **RESET** for **February 13, 2026 at 10:00 a.m.**

IT IS FURTHER ORDERED that written settlement conference statements are due by 4:00 p.m. on February 6, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED:  12/1/2025