TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Virginia.Tomova@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hernando Alberto Heredia,<br><br>              Plaintiff,<br><br>      v.<br><br>United States of America *ex rel.* United States Postal Service.<br><br>              Defendants. | Case No. 2:22-cv-01846-RFB-DJA<br><br>**Stipulation and Order to Reschedule Settlement Conference and All Corresponding Deadlines**<br><br>**(Second Request)** |

Plaintiff Hernando Alberto Heredia and Defendant United States of America, by and through their respective counsel of record, stipulate and respectfully request that the Court reschedule the settlement conference currently scheduled for February 13, 2026, at 10:00 am before Magistrate Judge Albregts. ECF No. 42. The parties, through undersigned counsel, respectfully request that the settlement conference be rescheduled to any business day in the range of March 23, 2026, to March 31, 2026.

This rescheduling is necessary because this case is being reassigned to a new AUSA in order to accommodate undersigned AUSA's heavy workload, and the new AUSA will need time to familiarize himself with the case and coordinate with agency counsel.

This is the second request to reschedule the settlement conference. This stipulated request is filed in good faith and not for the purpose of undue delay.

/ / /

/ / /

Respectfully submitted this 2nd day of February 2026.

HICKS & BRASIER, PLLC

/s/ Christian A. Miles
CHRISTIAN A. MILES, ESQ.
Nevada Bar No. 13193
2630 S. Jones Blvd.
Las Vegas, Nevada 89146

Attorneys for Plaintiff

SIGAL CHATTAH
First Assistant U.S. Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA
Assistant United States Attorney

Attorneys for the United States

**IT IS SO ORDERED**.  The settlement conference scheduled for February 13, 2026, is **VACATED** and **RESET** for **March 30, 2026, at 10:00 a.m. in Courtroom 3A.**

**IT IS FURTHER ORDERED** that written settlement conference statements are due by 4:00 p.m. on March 23, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _2/3/2026_____

2