TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Hernando Alberto Heredia, | Case No. 2:22-cv-01846-RFB-DJA |
| Plaintiff, | **Stipulation and Order for Dismissal** |
| v. | |
| United States of America *ex rel.* United States Postal Service. | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff

Hernando Alberto Heredia and Defendant United States of America, by and through their

respective counsel of record, stipulate to dismissal with prejudice, of all claims in the above-

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

styled action with each party to pay its own costs and attorney's fees.

Respectfully submitted this 30th day of April 2026.

| | |
|---|---|
| HICKS & BRASIER, PLLC | TODD BLANCHE<br>Acting Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Christian A. Miles*<br>CHRISTIAN A. MILES, ESQ.<br>Nevada Bar No. 13193<br>2630 S. Jones Blvd.<br>Las Vegas, Nevada 89146 | /s/ Nathan M. Claus<br>NATHAN M. CLAUS<br>Assistant United States Attorney<br>501 Las Vegas Blvd. So., Suite1100<br>Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**IT IS SO ORDERED:**

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 4, 2026.

2